Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Leticia Ann Andrade,<br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO. 1:10cv02148 AWI DLB<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL LETTER<br>BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential letter brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is May 5, 2011. The new due date will be June 6, 2011. The scheduling order should be modified accordingly.

Dated: May 4, 2011  /s/ Sengthiene Bosavanh
SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff

Dated: May 4, 2011  BENJAMIN B. WAGNER
United States Attorney


By: /s/Cynthia B. De Nardi
(as authorized via e-mail)
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   May 5, 2011           /s/ Dennis L. Beck
                               UNITED STATES MAGISTRATE JUDGE