# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LETICIA ANN ANDRADE, | ) | 1:10cv02148 AWI DLB |
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATION TO EXTEND TIME |
| vs. | ) ) | (Document 29) |
| MICHAEL J. ASTRUE, | ) ) | |
| Defendant. | ) | |

On July 27, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's Application for Attorneys' Fees.  The parties' request is GRANTED.  Defendant's response SHALL be filed on or before August 27, 2012.

IT IS SO ORDERED.

Dated:   **July 27, 2012**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE