# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ANN ANDRADE, | ) 1:10cv02148 AWI DLB |
| Plaintiff, | ) ORDER GRANTING STIPULATION TO EXTEND TIME |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) (Document 29) |
| Defendant. | ) |

On July 27, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's Application for Attorneys' Fees. The parties' request is GRANTED. Defendant's response SHALL be filed on or before August 27, 2012.

IT IS SO ORDERED.

Dated: **July 27, 2012**                    /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

1