# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETICIA ANN ANDRADE,** <br><br> **Plaintiff** <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> **Defendant** | **CASE NO. 1:10-CV-2148 AWI JLT** <br><br> **ORDER ON MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** <br><br> (Doc. No. 37) |

Following a remand of this social security appeal, Plaintiff's counsel filed two motions for attorneys' fees (one in December 2016 and one in April 2018), in which she seeks $25,740.00. See Doc. Nos. 32, 36. No oppositions to these motions were filed by the Commissioner. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302.

On April 30, 2018, the Magistrate Judge filed a Findings and Recommendation ("F&R"). The F&R recommended granting Plaintiff's motion and awarding Plaintiff's counsel fees in the amount of $25,740.00, and that the Commissioner pay the amount directly to Plaintiff's counsel. See Doc. No. 37.

The F&R did not provide a time to file objections. However, because the Commissioner failed to file any opposition to either of Plaintiff's two motions, it is apparent that the Commissioner does not oppose the award of attorneys' fees. Given the unopposed nature of Plaintiff's motion, the Court is aware of no reason why the F&R should not be adopted at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation of April 30, 2018 (Doc. No. 37) is ADOPTED IN FULL;
2. Plaintiff's motion for attorneys' fees is GRANTED;
3. Plaintiff is awarded $25,740.00 in attorneys' fees; and
4. The Commissioner of Social Security shall pay $25,740.00 directly to Plaintiff's counsel, Sengthiene Bosavanh of Milam Law, Inc., 2325 El Camino Ave., Sacramento, CA 95821.

IT IS SO ORDERED.

Dated: May 8, 2018

SENIOR DISTRICT JUDGE